BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX,
Social Security Administration

ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8924
    Fax: (415) 744-0134
    E-Mail: Armand.Roth@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO

| | |
|---|---|
| Frances Renee Fambrough,<br><br>    Plaintiff,<br><br>    v.<br>Carolyn W. Colvin,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 14-cv-00234-GSA<br><br>**JOINT STIPULATION AND ORDER SHORTENING TIME FOR FILING OF DEFENDANT'S BRIEF**<br><br>**PROOF OF SERVICE OF DEFENDANT'S RESPONSE** |

The parties, through their undersigned attorneys, hereby stipulate, with the approval of the Court, that Plaintiff's brief shall be due on or before October 29, 2014, and that Defendant's brief shall be due on or before November 17, 2014.  This schedule change is necessary because Defendant prepared, but mistakenly forgot to send a response to Plaintiff's request for voluntary remand until September 29, 2014.  Defendant

1

will absorb the 12-day delay by filing a responsive brief on or before November 17, 2014, that is no more than 18 days after the filing of Plaintiff's brief.

Respectfully submitted on September 29, 2014,

/s/ Vijay Patel
VIJAY PATEL
Attorney for plaintiff
(Per email authorization)

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX,
Social Security Administration
By: /s/ ARMAND D. ROTH
ARMAND ROTH
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

Pursuant to the above stipulation, Plaintiff shall file her opening brief no later than **October 29, 2014**, and Defendant's opposition shall be due no later than **November 17, 2014**. Plaintiff's reply is due 15 days after the filing of the opposition.

IT IS SO ORDERED.

Dated:   **October 2, 2014**                    /s/ Gary S. Austin
                                                                                   UNITED STATES MAGISTRATE JUDGE